United States District Court For The New York Eastern District

ROSS, J.
BLOOM, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 14 2015 ★
BROOKLYN OFFICE

Jose Miguel Hilario,
Plaintiff,

No. _____ (Supplied By Clerk)

v.

Taylor Allison Swift, an individual, doing business as Taylor Swift Music,
Defendant.

LAWSUIT under 28 U.S.C. § 1332

CV 15-0285

## LAWSUIT Under 28 U.S.C. § 1332

Comes now the plaintiff, Jose Miguel Hilario, to humbly serve this "lawsuit under 28 U.S.C. §1332 to this court, based on the following just ground(s):

1. Background. The defendant and the plaintiff met online on January 22, 2008 and at Providence Place Mall on April 13, 2008 in Rhode Island. The defendant email the plaintiff on January 22, 2008 and asked him to meet on Skype (the WebCam Program). The defendant told the plaintiff on January 22, 2008 that she was lonely and sad and that she needed someone to chat with. The plaintiff asked the defendant how she got his email address. The defendant told the plaintiff that someone gave it to her. The plaintiff asked the defendant

"Who gave you my email?" The defendant told the plaintiff that she promised not to reveal the name of whoever gave her plaintiff's email address. This was very strange to the plaintiff, so he asked the defendant, "Who are you?" The defendant replied by emailing back and saying, "Meet me on Skype and here is my information." So the plaintiff was shocked to discover that it was Taylor Allison Swift. At first the plaintiff thought this must be a joke, but then he chatted and watched the defendant's webcam and yes it was Taylor Allison Swift. For about over two months we chatted and had a good friendship. Then on April 13, 2008 at Providence Place Mall the defendant and the plaintiff met and they hugged and kissed each other. On this day the defendant promised the plaintiff that she would help him with his legal problems and that she would write and sing songs about him. But the defendant did not keep her promised of giving legal help to the plaintiff. Now in 2014 the plaintiff discovered that her new album titled "1989" of the defendant; its lyrics is about the life of the plaintiff.

2. Remedy Sought: I, the plaintiff, am in deep trouble and I humbly and respectfully ▮▮ request that the defendant help me financially in all my legal causes which are just, see my cases at the first circuit 1:14-cv-00342-SM and 1:14-cv-00193-JL. I know for a fact that the defendant have a good heart and that she will come back to her senses and not forget her promises that she made to me, the defendant, should remember what I told her in April 13, 2008, quote,

"When you feel like you are Trap with no way out and your memory of me fades... Think of the color Yellow and Remember your friend who will protect you from all the unknowns of this World." Therefore, since my hometown is in Rhode Island, the defendant have moved to Rhode Island near the Beach. The defendant moved to Rhode Island, as she promised me she would, to await my return from federal prison.

If the defendant Refuses to help me the plaintiff then, I request for just compensation for the "Lyrics" of my Life story on the defendant's Album of title, "1989". I request this Court to GRANT me $100,000,000.00 dollars. If the defendant agrees to help me and to Restore our true friendship, then I will file a "Motion to Dismiss this Action". Finally I would like to tell the defendant, quote, "Taylor Allison Swift" My heart hurts, I have suffered so much humiliation already It is too Late for egos or pride, again I am in deep trouble and I need your help and if you help me I promise you, that I will help you in your darkest hour. The Red Dragon will Consume it all unless We Stop It! Is this What you Want? Or do you want me to help you, I know how." This is a S.O.S., Distress Call. The RED DRAGON is Watching our every move, yes RUSSIA! Including the girl I need to meet with your help Miley Cyrus, A.K.A. Destiny Hope Cyrus. Taylor Allison Swift When you feel Weak, Read, PSALM 90. CALL me CRAZY, but Please Keep your eyes open!

3. Currently I am indigent and I have too much court fees to pay Back to the United States District Courts at Florida, New Hampshire and

Now I have to pay for this New Action With this Court. Therefore, I can't Afford to do any extra Copies of any document I submit to this Court, because I do not have enough money! AGAin I am indigent. I request that this court send me an Application to proceed in "Informa Pauperis" status. Also this is the only paper I can afford when I buy it from Commissary. I have a Right to have access to the Courts.

## Notice

Taylor Allison Swift, the defendant, have a Penthouse in New York and a house in Rhode Island. I, the Plaintiff do not know her Address, but request that this Court order her Lawyers to give me her Address, so I can send any future pleadings, etc. to her. The defendant's Lawyers are the following and I do not know their Addresses either:

a) Lead Attorneys, Johnson, Pope, Bokor, Ruppel & Burns, LLP, Tampa, FLorida.

b) Lead Attorney Brad P. Miller, Hawley Troxell Ennis & Hawley, Boise, IDAHO.

Executed and placed into the hands of prison officials for mailing on this the 6th day of January, 2015.

Respectfully Submitted,
All Rights Reserved,
X Jose Miguel Hilario
Jose Miguel Hilario,
No. 05994-070, Oakdale II FCI,
Federal Correctional Institution
P.O. Box 5010, Oakdale, LA 71463